UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Augustin Sajous,

                Petitioner,

     –v–

Thomas Decker et al.,

                Respondents.

18-cv-2447 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Petitioner may file a response, if any, to the Government's letter, Dkt. No. 61, by 5 p.m. today (May 23, 2018).

SO ORDERED.

Dated: May 23, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge