UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Augustin Sajous,

    Petitioner,

—v—

18-cv-2447 (AJN)

Thomas Decker *et al.*,

    Respondents.

ORDER

ALISON J. NATHAN, District Judge:

    On October 1, 2018, limited-purpose intervener Immigration Reform Law Institute ("IRLI") filed a motion to lift the seal placed on the online docket of this case pursuant to Federal Rule of Civil Procedure 5.2(c). Dkt. 84. As Rule 5.2(c) explicitly contemplates that a court may order the online docket to be opened, the Court will construe IRLI's motion as a request for such an order. *See, e.g.*, *Christopher v. Harbury*, 536 U.S. 403, 417 (2002) (noting "the obligation of the Judicial Branch to avoid deciding constitutional issues needlessly").

    In its motion, IRLI indicates that both Plaintiff/Petitioner and the Government ("the parties") take no position on IRLI's request. Dkt. 84. Therefore, within three weeks of the date of this order, the parties shall meet and confer and submit proposed redactions, if any, of all prior docket filings. The parties shall jointly file on the docket redacted versions of Items 1-86 as attachments to a single cover letter. At the same time, the parties should (1) file (on ECF, if possible, and otherwise by e-mail) a letter-motion justifying the redactions; and (2) e-mail to the Court (at NathanNYSDChambers@nysd.uscourts.gov) (i) a copy of the relevant document(s) in highlighted form (i.e., with the words, phrases, or paragraphs to be redacted highlighted); and (ii) a partial, loose leaf set of solely those pages on which the party seeks to redact material. One courtesy-copy of all papers associated with the request shall also be mailed or hand-delivered to the Court. If the application for redactions is approved, the Court will maintain the unredacted materials under seal. The Court will then order that the online docket be unsealed beginning with the joint letter and attachments filed by the parties.

    SO ORDERED.

Dated: October 26, 2018
    New York, New York

_____
ALISON J. NATHAN
United States District Judge